FILED
 2016 Apr-27  PM 04:24
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LUCAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 2:16-cv-00556-VEH-JEO |
| | ) |
| MOLTEN, ALLEN, & WILLIAMS, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM OPINION

The Plaintiff has filed a motion to proceed *in forma pauperis* (doc. 2). See 28 U.S.C.§ 1915(a)(1); *see also Floyd v. United States Postal Serv.*, 105 F.3d 274, 276 (6th Cir. 1997) (both prisoners and non-prisoners are eligible for relief under § 1915(a)(1).). On the basis of the affidavit submitted in support of the motion, the Court determines that the Plaintiff is indigent. Accordingly, the motion will be granted.

Section 1915(e) provides that "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous or . . . fails to state a claim on which relief may be granted[.]" 28 U.S.C. § 1915(e)(2)(B)(i), (ii). In the instant case, the plaintiff seeks relief under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* for "accrued overtime compensation not paid[] . . . in 1992/1993." (Doc. 1 at 5; *see also* doc. 1 generally). "The statute of limitations for claims seeking unpaid overtime wages

generally is two years, but if the claim is one 'arising out of a willful violation,' another year is added to it. 29 U.S.C. § 255(a). *Alvarez Perez v. Sanford-Orlando Kennel Club, Inc.*, 515 F.3d 1150, 1162 (11th Cir. 2008). Under either of these time periods, the plaintiff's claim is time barred, and thus fails to state a claim upon which relief may be granted. The plaintiff's action will therefore be dismissed by separate order.

**DONE** and **ORDERED** this 27th day of April, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge